*Mr. E. S. Booth,* and *Mr. J. Bruce Kremer,* for Relator.

*Mr. J. E. Healy,* for Respondent.

---

No. 1987.—MITCHELL, RESPONDENT, *v.* O'CONNOR, APPELLANT.

*Appeal from District Court, Silver Bow County.*

On motion to dismiss appeal.

Decided October 17, 1903.

PER CURIAM.—The motion to dismiss this appeal is hereby sustained, and the appeal is accordingly dismissed.

*Mr. George M. Borquin,* for Respondent.